**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                                           **PLAINTIFF**

**v.**                                              **No. 3:26-cv-17-DPM**

**WEINGART ASSOCIATION-**                                          **DEFENDANT**
**SCHRADER**

**ORDER**

1.      Greene's application to proceed *in forma pauperis*, *Doc. 1*, is granted.   He reports no savings and his only source of income is government assistance.

2.      This Court isn't the proper venue for plaintiff's case. 28 U.S.C. § 1391(b).  And the interests of justice do not demand transfer because a federal court lacks jurisdiction to handle it.   28 U.S.C. § 1406(a);  *Gray v. City of Valley Park, Missouri*, 567 F.3d 976, 982 (8th Cir. 2009).   Greene hasn't raised any question of federal law. And the parties are both Californians.  *Doc. 2 at 1-3*.  Greene's birth in Arkansas doesn't create permanent citizenship.  *Hargett v. RevClaims, LLC*, 854 F.3d 962, 965 (8th Cir. 2017).  Plus, Greene is under a filing restriction in the proper venue;  transfer would be an end-run around that restriction.  *Doc. 15, Greene v. Men's Central Jail et al.*, Case No. 2:11-cv-2359-UA-SS (C.D. Cal. 10 May 2011).  The Court will therefore dismiss his complaint without prejudice.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

14 April 2026