**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                    **PLAINTIFF**

**v.**                                     **No. 3:26-cv-17-DPM**

**WEINGART ASSOCIATION-**                                **DEFENDANT**
**SCHRADER**

**JUDGMENT**

Greene's complaint is dismissed without prejudice.


_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2026